DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ISIDRO JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3346

_____

February 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Isidro Jones, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, KELLY, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.